USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.T., ET AL,

Plaintiffs,

-v-

NEW YORK CITY PUBLIC SCHOOLS,

Defendant.

**ORDER**

26-CV-6924 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion requesting a stay of deadlines. ECF No. 8. The request is **GRANTED**. Defendant shall respond to the complaint by **January 4, 2027**. The Parties shall file a joint status update by **November 13, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 8 as **GRANTED**.

**SO ORDERED.**

Dated: September 14, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge