USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.T., ET AL,

Plaintiffs,

-v-

NEW YORK CITY PUBLIC SCHOOLS,

Defendant.

**ORDER**

26-CV-6924 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter. ECF No. 10. The Parties shall file the next joint status letter by **December 16, 2026**.

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge